JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERIC LI, | Case No. 2:20-cv-0919-JLR |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER |
| v. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

Considering Defendant's Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, the Court being sufficiently advised:

IT IS ORDERED that the MOTION be granted and that the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint is extended to and including July 23, 2020. IT IS SO ORDERED.

DATED this 8th day of July, 2020.

_____
HONORABLE JAMES L. ROBART

ORDER - 1
(CASE NO. 2:20-CV-0919 JLR)

64613075v.1

SEYFARTH SHAW LLP
999 Third Avenue
Suite 3000
Seattle, WA 98104-3100
(206) 946-4910